ANNA P. RETTAGLIATA, as Administratrix of the Estate of PIETRO RETTAGLIATA, Deceased, Appellant, *v.* THOMAS J. HAYWARD et al., Respondents.

*Rettagliata* v. *Hayward*, 87 App. Div. 617, affirmed.
(Argued October 19, 1904; decided November 15, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 14, 1904, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term.

*Gilbert Ray Hawes* and *John E. Judge* for appellant.

*Joseph N. Tuttle* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, BARTLETT, HAIGHT, MARTIN, VANN and WERNER, JJ.